DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

28 JANUARY 2016

| 441P92-7 | State v. Johnnie L. Harrington | Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of Superior Court of Lee County | Dismissed<br><br>**Ervin, J., recused** |
|---|---|---|---|
| 441P15 | Arnold Powell v. Bourlon & Davis | 1. Petitioner's *Pro Se* Motion for Request for an Order to Compel (COAP15-866)<br><br>2. Petitioner's *Pro Se* Petition in the Alternative for *Writ of Certiorari* to Review Order of COA | 1. Dismissed<br><br><br>2. Dismissed |
| 455P14-4 | State v. Reginald Fullard | 1. Def's *Pro Se* Motion to Proceed *In Forma Pauperis*<br><br>2. Def's *Pro Se* Motion for Appeal Seeking Recusal<br><br>3. Def's *Pro Se* Motion to Compel Constitutional Disclosure of Exculpatory Evidence<br><br>4. Def's *Pro Se* Motion to Withdraw Unconstitutionally Construed Instrument that Violates Due Process<br><br>5. Def's *Pro Se* Motion for *Writ of Mandamus*<br><br>6. Def's *Pro Se* Motion for Case Calendaring<br><br>7. Def's *Pro Se* Motion for Evidence Hearing<br><br>8. Def's *Pro Se* Motion for Appointment of Competent Criminal Attorney<br><br>9. Def's *Pro Se* Motion for Jury Trial | 1. Allowed<br><br>2. Dismissed<br><br><br>3. Dismissed<br><br><br><br>4. Dismissed<br><br><br><br>5. Dismissed<br><br><br>6. Dismissed<br><br>7. Dismissed<br><br>8. Dismissed<br><br>9. Dismissed |
| 459P00-5 | State v. William M. Huggins | Def's *Pro Se* Petition for *Writ of Mandamus* | Dismissed |